**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

**JOSEPH GRUNBAUM,**

                Plaintiff,        19-cv-10314 (JGK)

    - against -                <u>ORDER</u>

**EXPERIAN INFORMATION SOLUTIONS, INC.**
**and TOYOTA MOTOR CREDIT CORP.,**

                Defendants.
_____

**JOHN G. KOELTL, District Judge:**

    The case is stayed as to Experian Information Solutions, Inc., including any deadlines and conferences.

**SO ORDERED.**

**Dated:    New York, New York**
           **April 13, 2020**      _____/s/ John G. Koeltl_____
                                              **John G. Koeltl**
                                    **United States District Judge**